**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **Unum LIFE INSURANCE COMPANY OF AMERICA,** | ) | **CASE NO. C2 06 0019** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Magistrate Judge Terence P. Kemp** |
| **vs.** | ) | |
| | ) | |
| **CHARMAINE MARCUM, personally and as Successor Admin. Of the Estate of Jan Marie Wright, *et al.*,** | ) | **JUDGMENT ENTRY** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter came for consideration on Plaintiff Unum Life Insurance Company of America's ("Unum") Motion for Default Judgment Against Defendant Richard Wright on its Complaint for Interpleader. This Court finds the Motion well taken. It is therefore ordered, adjudged, and decreed that:

A.     Judgment is hereby entered in favor of Unum and against Defendant Richard Wright pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure;

B.     Defendant Richard Wright is enjoined and restrained from instituting any action or claim against Unum for the recovery of the insurance benefits due under Decedent Jan Marie Wright's Group Insurance Policy No. 525670001 and Group Accidental Death and Dismemberment Policy No. GSR21276, both of which were issued by Unum, or any part thereof;

C.     Unum is fully discharged of any liability to Richard Wright under the policies listed in Paragraph B of this Judgment Entry; and

D.     Defendant Richard Wright is not entitled to receive and shall not receive any of the proceeds of the policies listed in Paragraph B of this Judgment Entry.

IT IS SO ORDERED.

```
October 24, 2006          /s/ Terence P. Kemp
Date                      United States Magistrate Judge
```